IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| MARKEESE KREA'SHAWN PHELPS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-14-0049-HE |
| REESE LANE, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Markeese Krea'shawn Phelps initiated this 42 U.S.C. § 1983 action in January of 2014. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Charles B. Goodwin, who recommends that the case be dismissed without prejudice for failure to prosecute and comply with court orders and applicable rules. The parties have failed to object to the Report and Recommendation and thus waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts the Report and Recommendation, a copy of which is attached to this order, and **DISMISSES** this case without prejudice.

**IT IS SO ORDERED**.

Dated this 22nd day of September, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE